Gross v Building Solutions, Inc. (2025 NY Slip Op 05412)

Gross v Building Solutions, Inc.

2025 NY Slip Op 05412

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., MONTOUR, NOWAK, AND DELCONTE, JJ.

748 CA 24-01271

[*1]ROBERT GROSS AND LORI E. WEIDNER, PLAINTIFFS-APPELLANTS,
v
BUILDING SOLUTIONS, INC., AND TODD R. HUBER, AS PRESIDENT, DEFENDANTS-RESPONDENTS. 

LIPPES & LIPPES, BUFFALO (JOSHUA R. LIPPES OF COUNSEL), FOR PLAINTIFFS-APPELLANTS.
LAW OFFICE OF RALPH C. LORIGO, WEST SENECA (FRANK J. JACOBSON OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Erie County (Kelly A. Vacco, J.), entered July 2, 2024, in a negligence, nuisance, and trespass action. The order granted the motion of defendants for summary judgment and dismissed the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: October 3, 2025
Ann Dillon Flynn
Clerk of the Court